IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Marshall, Leo | Case Number: 04 B 19460 |
|---|---|---|
| | Marshall, Patricia | Judge: Hollis, Pamela S |
| | Printed: 11/11/08 | Filed: 5/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 26, 2008
Confirmed: August 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,807.01 | |
| Secured: | | 2,066.92 |
| Unsecured: | | 9,749.16 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 790.43 |
| Other Funds: | | 0.50 |
| Totals: | 14,807.01 | 14,807.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,200.00 | 2,200.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 2,066.92 | 2,066.92 |
| 3. | Resurgent Capital Services | Unsecured | 1,007.47 | 1,007.47 |
| 4. | Resurgent Capital Services | Unsecured | 954.86 | 954.86 |
| 5. | Resurgent Capital Services | Unsecured | 1,885.71 | 1,885.71 |
| 6. | Resurgent Capital Services | Unsecured | 3,873.94 | 3,873.94 |
| 7. | Internal Revenue Service | Unsecured | 1,664.19 | 1,664.19 |
| 8. | Capital One | Unsecured | 6,020.30 | 0.00 |
| 9. | Capital One | Unsecured | 520.11 | 0.00 |
| 10. | Capital One | Unsecured | 5,937.04 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 362.99 | 362.99 |
| 12. | Washington Mutual Bank FA | Secured | | No Claim Filed |
| 13. | University of Chicago | Unsecured | | No Claim Filed |
| 14. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Hematology Oncology Assoc | Unsecured | | No Claim Filed |
| 16. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 17. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 18. | Access Home Health Service | Unsecured | | No Claim Filed |
| 19. | University of Chicago | Unsecured | | No Claim Filed |
| | | | $ 26,493.53 | $ 14,016.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Marshall, Leo | Case Number: 04 B 19460 |
|---|---|---|
| | Marshall, Patricia | Judge: Hollis, Pamela S |
| | Printed: 11/11/08 | Filed: 5/18/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 229.32 |
| 4% | 46.79 |
| 3% | 35.46 |
| 5.5% | 193.21 |
| 5% | 58.81 |
| 4.8% | 112.90 |
| 5.4% | 113.94 |
| | $ 790.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

